**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 1, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD77559 | David Roberson vs. State of Missouri |
| WD77791 | Joel Mercado-Ramos vs. Division of Employment Security |
| WD77852 | Gregory D. Chandler vs. The Kansas City Missouri Board of Police Commissioners |
| WD78171 | Calvin A. Boswell vs. State of Missouri |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD77741 | State of Missouri vs. Ricky Wayne Arnold |